**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

───────────

**No. 19-1211**

───────────

In re:  MATHEW G. PARTAIN,

          Petitioner.

───────────

On Petition for Writ of Mandamus.

───────────

Submitted:  April 25, 2019                      Decided:  April 30, 2019

───────────

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Petition dismissed by unpublished per curiam opinion.

───────────

Mathew G. Partain, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mathew G. Partain petitions for a writ of mandamus, seeking an order directing the district court in the Western District of North Carolina to accept and file his motion for modification of supervised release. As Partain currently is incarcerated in Missouri, we are without jurisdiction to grant relief. *See* 28 U.S.C. § 1651(a) (2012). Accordingly, we deny leave to proceed in forma pauperis and dismiss the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*